# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:25-cr-00276-SI** |
| **v.** | **INFORMATION** |
| **AZIEL CHAMBERS,** | **18 U.S.C. § 111(a),** |
| **Defendant.** | **41 C.F.R.§§102.74.380(e), 102.74.385** |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
**(Assault on a Federal Officer)**
**(18 U.S.C. § 111(a))**

On or about June 24, 2025, in the District of Oregon, defendant **AZIEL CHAMBERS**, did forcibly assault Adult Victim 1 (AV1), a person designated as a federal officer in 18 U.S.C. § 1114, while AV1 was engaged in and on account of the performance of their official duties.

In violation of Title 18, United States Code, Section 111(a), a Class A misdemeanor.

### COUNT 2
**(Creating a Hazard on Federal Property)**
**(41 C.F.R. § 102.74.380(e))**

On or about June 20, 2025, in the District of Oregon, defendant **AZIEL CHAMBERS**, did willfully throw an article of any kind from or at federal building, to wit: the Immigration and Customs Enforcement Portland Field Office building and gate;

In violation of Title 40, United States Code, Section 1315 and 41 Code of Federal Regulations, Section 102-74.380(e), a class C misdemeanor.

**Information** **Page 1**

## COUNT 3
### (Failing to Obey a Lawful Order)
### (41 C.F.R. § 102.74.385)

On or about June 17, 2025, in the District of Oregon, the defendant **AZIEL**

**CHAMBERS,** did willfully enter in and on federal property, to wit: the grounds of the

Immigration and Customs Enforcement Building and fail to comply with the lawful direction of

federal police officers and other authorized individuals;

In violation of Title 40, United States Code, Section 1315 and Title 41, Code of Federal

Regulations, Section 102-74.385, a class C misdemeanor.

Dated:  June 25, 2025.


                                                  Respectfully submitted,
                                                  WILLIAM M. NARUS
                                                  Acting United States Attorney

                                                  *Kemp L. Strickland*
                                                  KEMP L. STRICKLAND
                                                  Assistant United States Attorney